```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JUAN ROMAN,                                                 :
                                                            :
                              Plaintiff,                    :
                                                            :        21-CV-5332 (VSB)
              -against-                                     :
                                                            :              ORDER
LOUIS TAMIS & SONS, INC.,                                   :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

     Plaintiff filed this action on June 16, 2021, (Doc. 1), and filed an affidavit of service on June 23, 2021, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was July 9, 2021. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 28, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 14, 2021
           New York, New York

                                                                                      VERNON S. BRODERICK
                                                                                      United States District Judge